IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00620-AP

MACHELLE PACHECO,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

Nicholas D. Purifoy, Esq.
Disability Professionals
5020 Bob Billings Parkway, Suite B
Lawrence, KS 66049
(785) 832-8521
(785) 831-0006 (fax)
npurifoy@mydisabilityprofessionals.com

<u>For Defendant:</u>

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed:   **March 12, 2012**

      B.      Date Complaint was Served on U.S. Attorney's Office:   **June 21, 2012**

      C.      Date Answer and Administrative Record Were Filed:   **August 20, 2012**

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.      **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

Plaintiff's attorney, because of workload and international travel plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.      Plaintiff's Opening Brief:   **October 22, 2012**

      B.      Response Brief due:   **November 21, 2012**

      C.      Reply Brief due:   **December 6, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

 A. Plaintiff's Statement:  **Plaintiff does not request oral argument.**

 B. Defendant's Statement:  **Defendant does not request oral argument.**

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

 A. (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

 B. ( **X** ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.      OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

 DATED this 10th day of September, 2012.

       BY THE COURT:

       ***<u>s/John L. Kane</u>***    
       U.S. DISTRICT COURT JUDGE

APPROVED:

3

*s/ Jessica Milano for* \
Nicholas D. Purifoy, Esq. \
Disability Professionals \
5020 Bob Billings Parkway, Suite B \
Lawrence, KS 66049 \
(785) 832-8521 \
(785) 831-0006 (fax) \
npurifoy@mydisabilityprofessionals.com

Attorney for Plaintiff

(SIGNED PER ELECTRONIC \
AUTHORIZATION)

JOHN F. WALSH \
United States Attorney

WILLIAM G. PHARO \
Assistant United States Attorney \
United States Attorney's Office \
District of Colorado

*s/ Jessica Milano* \
Jessica Milano \
Special Assistant United States Attorney \
1001 17th Street \
Denver, CO 80202 \
(303) 844-7136 \
(303) 844-0770 (fax) \
jessica.milano@ssa.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

npurifoy@mydisabilityprofessionals.com

s/ Jessica Milano
Office of the General Counsel
Social Security Administration